# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MERAV BUSKILA EDERI,<br><br>        Petitioner,<br>  v.<br>KRISTI NOEM., et al.,<br><br>        Respondents. | No. 2:25-cv-09305-MCS-BFM<br><br>**ORDER REQUIRING RESPONSE TO PETITION (FEDERAL CUSTODY)** |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Petition indicates that Petitioner is an immigrant detainee, in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, in Los Angeles, California, at the time of filing. To facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED**:

    1.    The Clerk shall promptly (a) serve a copy of the Petition and a copy of this Order on Respondent and the United States Attorney, or his authorized agent, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and Appendix C to the Local Rules; and (b) serve a copy of this Order on Petitioner's

counsel.

2. Respondent shall file an answer to the Petition **no later than October 7, 2025**. At the time the response is filed, Respondent shall lodge with the Court all records bearing on Petitioner's claims.

3. Petitioners shall file a traverse/reply within seven days of the date of service of the answer. When filing the reply, Petitioner shall lodge with the Court any records not lodged by Respondent that Petitioner believes may be relevant to the Court's determination of the motion.

4. A request by a party for an extension of time within which to file any of the pleadings required hereunder will be granted only upon a showing of good cause and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension. Such requests shall also state the position of opposing counsel.

5. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's reply is filed and/or due.

6. Petitioner seeks "emergency" relief. The Court construes this as a request for expedited adjudication of her Petition. That request is **granted**; the above schedule is expedited based on the representations in the Petition.

IT IS SO ORDERED.

DATED: September 30, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2